## HANCOCK v. STATE.

### No. 21384.

Court of Criminal Appeals of Texas.

Jan. 15, 1941.

Leon Dean Lusk and Leo C. Brady, both of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for assault with intent to rape, punishment assessed at two years in the penitentiary.

No bills of exception or statement of facts are found in the record. In this condition of the record nothing is presented for review.

The judgment is affirmed.

## BRADFORD v. STATE.

### No. 21360.

Court of Criminal Appeals of Texas.

Jan. 15, 1941.

W. S. Shipp and J. W. Thomas, both of Belton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for swindling, punishment assessed at two years in the penitentiary.

No statement of facts or bills of exception are found in the record. In this condition nothing is presented for review.

The judgment is affirmed.